# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2011

Robert P. Young, Jr.,
Chief Justice

143317-18

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LARRY T. GOODMAN, Personal Representative
of the Estate of AKIL JELANI GOODMAN,
      Plaintiff-Appellant,

v

                                    SC: 143317
                                    COA: 296348

1012, INC., d/b/a THE BEACH HOUSE,
          Defendant/Cross-Plaintiff-Appellee,
and
                                    Genesee CC: 08-089183-NO

CHANTANTUS FRANKLIN,
          Defendant/Cross-Defendant.
_____/

DAVID WASHINGTON,
          Plaintiff-Appellant,

v

                                      SC: 143318
                                    COA: 296349

1012, INC., d/b/a THE BEACH HOUSE,
          Defendant/Cross-Plaintiff-Appellee,
and
                                      Genesee CC: 08-088646-NO

CHANTANTUS FRANKLIN,
          Defendant/Cross-Defendant.
_____/

On order of the Court, the application for leave to appeal the May 19, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARILYN KELLY, J., would grant plaintiffs' application for leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2011

_____
Clerk

y1116